IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| MICHAEL MERIDYTH | § | |
| VS. | § | CIVIL ACTION NO. 1:08cv327 |
| C. DEHERRERA, ET AL. | § | |

MEMORANDUM ORDER OVERRULING PETITIONER'S OBJECTIONS AND
ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Petitioner Michael Meridyth, an inmate confined at the Federal Correctional Complex in

Beaumont, Texas, proceeding *pro se*, brought this petition for writ of habeas corpus pursuant to

28 U.S.C. § 2241.

The court referred this matter to the Honorable Keith F. Giblin, United States Magistrate

Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court.

The Magistrate Judge recommends the petition be dismissed.

The court has received and considered the Report and Recommendation of United States

Magistrate Judge filed pursuant to such order, along with the record, pleadings and all available

evidence. Petitioner filed objections to the magistrate judge's Report and Recommendation.

This requires a *de novo* review of the objections in relation to the pleadings and the applicable

law. *See* FED. R. CIV. P. 72(b).

After careful consideration, the court concludes petitioner's objections should be

overruled. Petitioner's claims regarding the payment of a monetary fine and restitution do not

satisfy the "in custody" requirement of Section 2241. *Bacerio v. Yusuff*, 247 F.3d 240, 2001 WL

43528, at *1 (5th Cir. Jan. 3, 2001) (citing *United States v. Segler*, 37 F.3d 1131, 1137-38 (5th

Cir. 1994) (holding that the district court alcked jurisdiction over a Section 2255 claim regarding a monetary fine)).  Therefore, the court lacks jurisdiction to entertain this petition.  Thus, this petition should be dismissed.

O R D E R

Accordingly, petitioner's objections are **OVERRULED**.  The findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate judge is **ADOPTED**.  A final judgment will be entered in this case in accordance with the magistrate judge's recommendations.

So **ORDERED** and **SIGNED** this **18** day of **February, 2009.**

_____

Ron Clark, United States District Judge